(August 26, 2015)

■ MICHAEL BARRECA, Appellant, v MONADNOCK CONSTRUCTION, INC., et al., Respondent. [15 NYS3d 701]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Silber, J.), dated October 17, 2013, which denied his motion pursuant to CPLR 4404 (a) to set aside a jury verdict in favor of the defendants on the issue of liability and for a new trial.

Ordered that the order is affirmed, with costs.

Contrary to the plaintiff's contentions, the defense counsel's comments during his summation were either fair comments on the evidence or were isolated comments that did not deprive the plaintiff of a fair trial (*see generally Jean-Louis v City of New York*, 86 AD3d 628, 629 [2011]; *Alston v Sunharbor Manor, LLC*, 48 AD3d 600, 603 [2008]; *cf. Boyd v Blessey*, 96 AD2d 816, 817 [1983]). Rivera, J.P., Balkin, Miller and LaSalle, JJ., concur.